# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1949
LT Case No. 2005-CF-932

_____

LARRY PRIDE,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus.
Mark Borello, Respondent Judge.

Larry Pride, Southbay, pro se.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

November 9, 2023

PER CURIAM.

Due to Petitioner's apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgment and sentence in Duval County Circuit Court Case No. 2005-CF-932, this Court issued an order directing Petitioner to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Having carefully considered the response and finding it fails to show cause

why sanctions should not be imposed, we conclude that Petitioner is abusing the judicial process and should be barred from further pro se filings.

Therefore, in order to conserve judicial resources, the Clerk of this Court is directed not to accept any further pro se filings concerning the above referenced case. Any future filings regarding the referenced case will be summarily rejected by the Clerk unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2023); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

FUTURE PRO SE FILINGS PROHIBITED; CERTIFIED OPINION FORWARDED TO DEPARTMENT OF CORRECTIONS.

EDWARDS, C.J., EISNAUGLE, and BOATWRIGHT, JJ., concur.